UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62080-CIV-SELTZER
(CONSENT CASE)

VERONICA ZULIANI,

    Plaintiff,

vs.

SANTA ANA, LLC, a Florida limited liability
company, and MARIO SPINA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the parties' Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 67] and the Court's in camera review of the Confidential Settlement Agreement. The Court has reviewed the Confidential Settlement Agreement and notes that paragraph 2.b of the Agreement fails to specify the recipient of a portion of the settlement funds. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 67] is **DENIED WITHOUT PREJUDICE** to renew upon the parties' in camera submission of a corrected Confidential Settlement Agreement that sets forth the recipient of settlement funds in paragraph 2.b. The parties may correct the Confidential Settlement Agreement by interlineation, signed by counsel and the parties. The corrected Confidential Settlement

Agreement shall be submitted <u>in camera</u> to Chambers (seltzer@flsd.uscourts.gov) no later than July 20, 2018.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of July 2018.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF