UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62080-CIV-SELTZER
(CONSENT CASE)

VERONICA ZULIANI,

    Plaintiff,

v.

SANTA ANNA, LLC, a Florida limited
liability company and MARIO SPINA,
individually,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 67] ("Motion"), which was denied without prejudice to allow the parties to submit a revised Settlement Agreement for in camera review. The Court has carefully reviewed the Motion, the revised Settlement Agreement which was submitted in camera, and the record in this action. The Court finds that the terms of the settlement reflect a reasonable compromise of disputed issues, are fair and reasonable, and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 67] be and the same is **GRANTED**;

2. The Settlement Agreement is **APPROVED**, and the above-styled action is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorney's fees and costs, except as otherwise agreed within the parties' Settlement Agreement;

4. The Clerk of the Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of July 2018.

_____
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF